**Ikechi Kallys ALBERT, Appellant,**

v.

**Sandy LARSON, Program Director (Shadyview) in her individual capacity and as an employee of Thomas Allen, Inc.; Fay Linscheid, Director, Human Resources, in her individual capacity and as an employee of Thomas Allen,**

Inc.; **Sandy Quinn, Administrator, her individual capacity and as an employee of Thomas Allen, Inc.; Thomas Allen Incorporated, Appellees,**

**Minnesota Department of Employment and Economic Development, Defendant.**

No. 06–1148.

United States Court of Appeals, Eighth Circuit.

Submitted: July 6, 2007.

Filed: July 19, 2007.

Ikechi Kallys Albert, Minneapolis, MN, pro se.

Mary K. Martin, Martin Law Office, South St. Paul, MN, for Defendant.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Ikechi Albert, a Nigerian-born immigrant, appeals the district court's [1] dismissal of his employment-discrimination suit. Albert claimed numerous federal and state-law violations surrounding his dismissal from Thomas Allen, Inc. Having carefully reviewed the record and all of Albert's arguments on appeal, we conclude that the district court committed no reversible error in dismissing Albert's federal claims, *see Levy v. Ohl,* 477 F.3d 988, 991 (8th Cir.2007) (de novo standard of review), and did not abuse its discretion in dismissing his state-law claims without prejudice, *see Labickas v. Ark. State*

---

1. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

*Univ.*, 78 F.3d 333, 334–35 (8th Cir.1996) (per curiam) (following dismissal of federal claims, district court has discretion to dismiss state-law claims, but dismissal should be without prejudice); and also did not abuse its discretion in denying his pending motions.

Accordingly, we affirm. *See* 8th Cir. R. 47B.